UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
SHAWN DEVER, :
:
                   Plaintiff, : 22 Civ. 759 (JPC) (JLC)
:
       -v- : ORDER WITHDRAWING
: REFERENCE TO
MONEYLION, INC. and EQUIFAX INFORMATION : MAGISTRATE JUDGE
SERVICES, LLC, :
:
                 Defendants. :
:
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On February 18, 2022, the Honorable Alison J. Nathan, to whom this case was previously assigned, referred this case to the Honorable James L. Cott for general pretrial supervision (including scheduling, discovery, non-dispositive pretrial motions, and settlement). *See* Dkt. 10. It is ordered that the reference to Judge Cott is withdrawn.

      SO ORDERED.

Dated: April 12, 2022
      New York, New York
                                                    JOHN P. CRONAN
                                             United States District Judge